UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-CR-00398-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| EUGENE THURMAN | MAG. JUDGE KAREN L. HAYES |

**ORDER**

For the reasons set forth in the Report and Recommendation of the Magistrate [Doc. No. 68], to the extent adopted by this Court, and for those additional reasons in this Court's Memorandum Ruling,

IT IS ORDERED that the Motion to Suppress [Doc. No. 25] filed by Defendant Thurman is DENIED.

MONROE, LOUISIANA this 11th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE